450 F.2d 335
 Winifred Huey KIMMONS, Petitioner-Appellant,
v.
Louie L. WAINWRIGHT, Director, Division of Corrections,
State of Florida, Respondent-Appellee.
 No. 71-2530 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 17, 1971.
 
 H. Clay Mitchell, Jr., Pensacola, Fla., for petitioner-appellant.
 Robert L. Shevin, Atty. Gen. of Fla., Wallace E. Allbritton Asst. Atty. Gen., Tallahassee, Fla., for respondent-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 430 F.2d 966